IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ARIN MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:19-cv-650 |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of the | ) |
| Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated August 10, 2020. The parties have not filed objections to the Report and Recommendation. Based on a _de novo_ review of the evidence, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. This Court adopts the Magistrate Judge's Report and Recommendation; and, it is hereby

ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED in part; Defendant's Motion for Summary Judgment is GRANTED in part; and this case is REMANDED to the ALJ to more specifically evaluate the evidence in the record regarding the Plaintiff's condition and treatment in the first four months of 2016.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 15, 2020